UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Application of Rumiko Vernon for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in Foreign Proceedings,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/23/2024_

24 Misc. 185 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On May 2, 2024, the Court granted Petitioner Rumiko Vernon's *ex parte* petition for an order pursuant to 28 U.S.C. § 1782 to obtain discovery for use in a civil proceeding presently pending before the Tokyo High Court in Tokyo, Japan. Order, ECF No. 5. Petitioner now seeks an additional order granting her permission to serve subpoenas on Thrift Savings Plan, c/o Broadridge Processing, and Bank of America, N.A. ECF No. 6.

    For the reasons stated in the Court's May 2, 2024 order, the petition is GRANTED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 6 and to close the case.

    SO ORDERED.

Dated: October 23, 2024
      New York, New York

_____
ANALISA TORRES
United States District Judge